UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:14-cv-20391-UU

JUAN F. HERNANDEZ,

    Plaintiff,

v.

PANAMERICAN FOOD LLC &
LUIS F. ABELLA,

    Defendants.
_____/

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and the Jury's Verdict, D.E. 98, it is

ORDERED AND ADJUDGED that a Final Judgment is hereby entered against Plaintiff Juan F. Hernandez and in favor of Defendants Panamerican Food, LLC and Luis F. Abella. The Court reserves jurisdiction to award costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of January, 2015.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record