UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:14-cv-20391-UU

JUAN F. HERNANDEZ,

    Plaintiff,

v.

PANAMERICAN FOOD LLC &
LUIS F. ABELLA,

    Defendants.
_____/

## ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE is before the Court upon a *sua sponte* examination of the record.

THE COURT, having reviewed the pertinent portions of the record and being fully advised of the premises, hereby

ORDERS AND ADJUDGES that for administrative purposes this case is hereby CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of January, 2015.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record